Commonwealth *v.* Cramer et al., Appellants.

Argued November 9, 1970. *Richard H. Scobell,* for appellants; *Robert H. Chase,* Assistant District Attorney, with him *Lawrence Schulte,* and *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Cunningham, Appellant.

Argued December 13, 1970. *Sallie Ann Radick,* Assistant Public Defender, with her *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *J. Kent Culley,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., dissents.